**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

FITNESS ANYWHERE LLC,

Plaintiff,

v.

SUZHOU ONE TWO THREE SPORTS GOODS CO., LTD., et al.,

Defendants.

Case No. 20-cv-01361

**Judge Harry D. Leinenweber**

**Magistrate Judge Susan E. Cox**

**NOTICE OF DISMISSAL UNDER RULE 41(a)(1)**

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Fitness Anywhere LLC ("TRX" or "Plaintiff") hereby dismisses this action with prejudice against the following Defendants:

| Defendant Name | Line No. |
|---|---|
| SAFIT Gymwear Store | 4 |
| creativeonline100 | 21 |
| jianguoqq5 | 22 |
| lwtbuybuy_5 | 24 |
| zhonmeiq0 | 25 |

Dated this 15th day of May 2020.

Respectfully submitted,

/s/ Jake M. Christensen
Amy C. Ziegler
Justin R. Gaudio
Jake M. Christensen
Greer, Burns & Crain, Ltd.
300 South Wacker Drive, Suite 2500
Chicago, Illinois 60606
312.360.0080
312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
jchristensen@gbc.law

*Counsel for Plaintiff Fitness Anywhere LLC*